UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED
JUN 23 2021
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| KRISTIAN GARCIA AKA KRISTIAN ARIEL GARCIA | § § § § | C-21-0589 |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about January 9, 2021, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

KRISTIAN GARCIA
AKA KRISTIAN ARIEL GARCIA,

knowingly possessed a firearm and ammunition in and affecting interstate commerce, to wit:

1. an Girsan Pistol, Model: Regard MC, 9mm pistol, serial number T6368-20A00204,

2. nine (9) rounds of FC Luger, 9mm caliber ammunition,

having previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year (a felony offense), and knowing that he was a person who has been convicted of a felony offense.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: _____
BARBARA J. DE PENA
Assistant United States Attorney